UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KHALID CLARK ALI,

Plaintiff,

v.

MERCALIS, INC.,

Defendant.
______________________________/

Case No. 2:25-cv-12658
District Judge Susan K. DeClerq
Magistrate Judge Anthony P. Patti

**ORDER EXPEDITING BRIEFING SCHEDULE REGARDING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (ECF No. 29)**

On September 14, 2026, Plaintiff Khalid Clark Ali filed a *Motion for Leave to File Second Amended Complaint*. (ECF No. 29). At the time Plaintiff filed this motion, Defendant's *Moton to Dismiss* (ECF No. 24) was fully briefed and is currently pending before the Court.

Acknowledging the potential effect Plaintiff's *Motion for Leave to File a Second Amended Complaint* may have on Defendant's pending *Motion to Dismiss*, and to ensure the timely determination of both motions, the parties are hereby **ORDERED** to follow the expedited briefing schedule outlined below, pursuant to Fed. R. Civ. P. 6(c)(1)(C):

- Defendant shall file its response in opposition of Plaintiff's motion on or before **SEPTEMBER 24, 2026**; and

- Plaintiff shall file his reply in support of his motion, if any, on or before **SEPTEMBER 28, 2026**.

**IT IS SO ORDERED.**

Dated: September 18, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE